1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  United States of America,    ) CR 95-00345 RSWL-20
                                  )
13              Plaintiff,        ) **ORDER Re: Defendant's**
                                  ) **Motion for Reduction of**
14       v.                       ) **Sentence and for the**
                                  ) **Appointment of Counsel**
15                                ) **[10392]**
    Joe Hernandez,                )
16                                )
                                  )
17              Defendant.        )
                                  )
18  _____)

19       The Court is in receipt of Defendant Joe
20  Hernandez's Motion for Reduction of Sentence and for
21  the Appointment of Counsel filed on August 15, 2011
22  [10392].  Plaintiff United States of America has not
23  filed an Opposition to this Motion.  Accordingly, the
24  Court orders Plaintiff United States of America to
25  \\\
26  \\\
27  \\\
28  \\\

                                1

submit a response to Defendant Joe Hernandez's Motion within 21 days of issuance of this Order.

**IT IS SO ORDERED.**

DATED: December 22, 2011

                                RONALD S.W. LEW
                        _____
                        **HONORABLE RONALD S.W. LEW**
                        Senior, U.S. District Court Judge